# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

CHRISTOPHER LEE REYNOLDS,

v.

BRADLEY SPARGUR, ET AL

Case No. 26-1030

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

__BRADLEY SPARGUR, Colorado State Patrol Trooper__
[Party or Parties]

_____APPELLEE_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Andrew D. Ringel
Name of Counsel

*s/ Andrew D. Ringel*
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
ringela@hallevans.com

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

X    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

State of Colorado

Colorado State Patrol

There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

February 9, 2026
Date

*s/ Andrew D. Ringel*
Signature

2

CERTIFICATE OF SERVICE

I hereby certify that:

  X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

  __    On February 9, 2026, I sent a copy of this Entry of Appearance Form to:

Jason Kosloski
jkosloski@kosloskilaw.com

Scott Neckers
san@omhlaw.com

February 9, 2026
Date

s/ Andrew D. Ringel
Signature