UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

February 13, 2026

Jason Kosloski  
Kosloski Law  
1401 Lawrence Street, Suite 1600  
Denver, CO 80202

   **RE:**    **26-1030, Reynolds v. Spargur, et al**  
            Dist/Ag docket: 1:24-CV-03605-PAB-NRN

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

You have not filed a copy of a transcript order or a statement of why a transcript was not ordered. *See* Fed. R. App. P. 10(b) and 10th Cir. R. 10.2(B)(1).

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Appellant's docketing statement has not been timely filed. *See* 10th Cir. R. 3.4.

Please correct the stated deficiencies within three days of the date of this notice. Please note that if the documents are not filed, it is possible the appeal could be dismissed for failure to prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

                                      Sincerely,

                                      Christopher M. Wolpert  
                                      Clerk of Court

cc: Scott Neckers
Andrew David Ringel
Sarah Anne Thomas

CMW/jm