CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 29, 2026

Jason Kosloski, Esq.
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO  80202

Scott Neckers, Esq.
Overturf McGath & Hull, P.C.
625 East 16th Avenue, Suite 100
Denver, CO  80203

Andrew D. Ringel, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202

RE:  No. 26-1030 – Christopher Lee Reynolds v. Bradley Spargur, et al.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **June 1, 2026**.

Sincerely,

Kevin J. Kinnear

KJK:dm